IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

    Plaintiff,

  v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 24.6.126.56,

    Defendant.

No. C 15-04153 WHA

**ORDER EXTENDING DEADLINE TO SERVE DEFENDANT WITH SUMMONS AND COMPLAINT**

An order granted plaintiff leave to serve a third-party subpoena on defendant's Internet provider, Comcast, in order to obtain defendant's identifying information. Plaintiff issued the subpoena on October 21 and received a response on January 8, 2016. The deadline to effectuate service was January 11. Plaintiff seeks to extend that deadline by forty-five days. This order hereby extends the deadline to serve defendant to **FEBRUARY 5, 2016**.

**IT IS SO ORDERED.**

Dated: January 17, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE